IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

                            CASE NO. 09-10308 ESL

EDGARDO  OLMO RODRIGUEZ         Chapter 13

SHIRLEY A GARCIA MELENDEZ

XXX-XX-2246

XXX-XX-2720

                                FILED & ENTERED ON 07/21/2010

                Debtor(s)

## ORDER DISMISSING CASE

    The motion to dismiss filed by RG Mortgage Corp (docket #37) having been duly notified to all parties in interest, and no replies having been filed, it is now

    ORDERED that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

    ORDERED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

    SO ORDERED.

    San Juan, Puerto Rico, this 21 day of July, 2010.

                                   Enrique S. Lamoutte Inclan
                                   U.S. Bankruptcy Judge

CC:  ALL CREDITORS